No. 945. McWILLIAMS *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 946. ESTATE OF McWILLIAMS *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 947. McWILLIAMS *v.* COMMISSIONER OF INTERNAL REVENUE. March 3, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth

Circuit granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *John A. Hadden* and *John S. Beard, Jr.* for petitioners. *Acting Solicitor General Washington* for respondent.